1  IRELL & MANELLA LLP                           JS 6
   MORGAN CHU (SBN 70446)
2  RICHARD M. BIRNHOLZ (SBN 151543)
   1800 Avenue of the Stars, Suite 900
3  Los Angeles, California 90067-4276
   Telephone:   (310) 277-1010
4  Facsimile:   (310) 203-7199
   Email:  rbirnholz@irell.com
5
   Attorneys for Plaintiff
6  IPVENTURE, INC.

7

8
              **UNITED STATES DISTRICT COURT**
9
              **CENTRAL DISTRICT OF CALIFORNIA**
10
                    **WESTERN DIVISION**
11

12
   IPVENTURE, INC.,                  CASE NO. CV-03-5780 DSF (CTx)
13
                Plaintiff,           **CONSENT JUDGMENT AND**
14                                   **ORDER OF DISMISSAL**
   v.
15
   PROSTAR COMPUTER, INC.
16 MIDERN COMPUTER, INC.,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

---
CONSENT JUDGMENT AND ORDER OF DISMISSAL, CASE NO. CV-03-5780 DSF (CTx)
44050024.2

# CONSENT JUDGMENT

This matter having come before the Court and it being represented that Plaintiff IpVenture, Inc. and Defendants ProStar Computer, Inc. and Midern Computer, Inc. have entered into a Settlement Agreement:

Based upon the agreement, consent, and approval of the parties, **IT IS HEREBY ORDERED AND ADJUDGED** that:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. On August 14, 2003, IpVenture filed a Complaint for Patent Infringement against ProStar and Midern.

3. All claims United States Patent No. 6,216,235 are valid and enforceable.

4. ProStar and Midern infringe United States Patent No. 6,216,235 with respect to at least the ProStar and Sager 3xxx, 4xxx, 5xxx, 8xxx, and 9xxx series notebook computers, their successor models, and all other ProStar or Midern products that are not more than colorably different with respect to matters relevant to the '235 patent.

5. All claims, counterclaims, and defenses asserted, or for which leave to amend was requested, by each party against the other in this action are hereby dismissed with prejudice.

6. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 10/21/08

_____
Hon. Dale S. Fischer
United States District Judge

| | | |
|---|---|---|
| 1 | Respectfully submitted, | |
| 2 | Dated: October __, 2008 | PROSTAR COMPUTER, INC. |
| 3 | | |
| 4 | | By:_____ |
| | | Its President |
| 5 | Dated: October __, 2008 | MIDERN COMPUTER, INC. |
| 6 | | |
| 7 | | |
| 8 | | By:_____ |
| | | Its President |
| 9 | Dated: October __, 2008 | IRELL & MANELLA LLP |
| 10 | | MORGAN CHU |
| | | RICHARD M. BIRNHOLZ |
| 11 | | |
| 12 | | By:_____ |
| 13 | | _____ |
| 14 | | Richard M. Birnholz |
| | | Attorneys for Plaintiff |
| 15 | | IPVENTURE, INC. |

- 2 -

CONSENT JUDGMENT AND ORDER OF DISMISSAL, CASE NO. CV-03-5780 DSF

44050024.2